IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE,<br>DEMETRICE MOORE,<br>ROBERT TAYLOR, and<br>NEIL RUSSO,<br><br>Individually, and on behalf of all others<br>similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD D. HOLCOMB,<br>in his official capacity as the Commissioner<br>of the VIRGINIA DEPARTMENT OF<br>MOTOR VEHICLES<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civ. No: 3:2016-cv-00044 |

## ACCEPTANCE OF SERVICE OF COMPLAINT AND SUMMONS

The undersigned, counsel for Defendant Richard D. Holcomb, in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles, hereby accepts service of the Complaint and Summons, acknowledges receipt of said documents, and waives any additional or further service of same, effective as of the 19th day of July, 2016. Except for the specific acceptances, acknowledgements, and waivers stated herein above, all defenses including but not limited to jurisdiction are specifically reserved.

Executed this 2nd day of August, 2016.

By: _____
Janet W. Baugh (VSB #44649)
Office of the Virginia Attorney General
Senior Assistant Attorney General
202 North Ninth Street
Richmond, VA 23219
Ph: (804) 786-4596
Fax: (804) 371-2086
jbaugh@oag.state.va.us

*Counsel for Defendant*

MARK R. HERRING
*Attorney General of Virginia*

JEFFREY M. BOURNE (VSB # 75951)
*Deputy Attorney General*

JEFFREY R. ALLEN (VSB #17710)
ERIC K.G. FISKE (VSB #15814)
*Senior Assistant Attorneys General*

NANCY H. DAVIDSON (VSB # 85536)
MARGARET A. O'SHEA (VSB# 66611)
*Assistant Attorneys General*