IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**DAMIAN STINNIE,**
**DEMETRICE MOORE,**
**ROBERT TAYLOR, and**
**NEIL RUSSO**

    Plaintiffs,

v.                                                                   Civil Action No. 3:16-cv-44

**RICHARD D. HOLCOMB,**
**In his official capacity as the Commissioner**
**of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,**

    Defendant.

## MOTION TO DISMISS

COMES NOW Defendant Richard D. Holcomb, Commissioner of the Virginia Department of Motor Vehicles, by counsel, and, pursuant to Rule 12 of the *Federal Rules of Civil Procedure*, respectfully moves this Honorable Court to dismiss the claims against him, for the reasons set forth in the Memorandum accompanying this Motion.

                              Respectfully submitted,

                              RICHARD D. HOLCOMB

                              By: /s/
                              Nancy Hull Davidson, VSB # 85536
                              Margaret Hoehl O'Shea, VSB # 66611
                              Assistant Attorneys General
                              Criminal Justice and Public Safety Division
                              Office of the Attorney General
                              202 North Ninth Street
                              Richmond, Virginia 23219
                              Phone: (804) 692-0551
                              Fax: (804) 786-4239
                              E-mail: ndavidson@oag.state.va.us
                              E-mail: moshea@oag.state.va.us

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October 2016, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants:

Angela A. Ciolfi
Legal Aid Justice Center
1000 Preston Ave., Suite A
Charlottesville, VA 22903
(434) 529-1810
Fax: (434) 977-0558
Email: angela@justice4all.org

Mary Catherine Bauer
Legal Aid Justice Center
1000 Preston Ave., Suite A
Charlottesville, VA 22903
(434) 977-0553
Fax: (434) 977-0558
Email: mary@justice4all.org

David Preston Baugh
David P. Baugh, Esq., PLC
2025 E. Main Street, Suite 114
Richmond, VA 23223
(804) 225-8035
Email: dpbaugh@dpbaugh.com

Mario David Salas
Legal Aid Justice Center
1000 Preston Ave., Suite A
Charlottesville, VA 22903
(434) 977-0553
Email: mario@justice4all.org

Jonathan Todd Blank
McGuire Woods LLP
Court Square Building
310 Fourth Street, N.E., Suite 300
Charlottesville, VA 22902
(434) 977-2509
Email: jblank@mcguirewoods.com

Patrick Stephen Levy-Lavelle
Legal Aid Justice Center
123 East Broad Street
Richmond, VA 23219
(804) 643-1086 x 308
Fax: (804) 643-2059
Email: pat@justice4all.org

Leslie Carolyn Kendrick
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
(434) 243-8633
Fax: (434) 924-7536
Email: kendrick@virginia.edu

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: N/A

        /s/
Nancy Hull Davidson, VSB No. 85536
Assistant Attorney General
Criminal Justice and Public Safety Division

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 692-0551
Fax: (804) 786-4239
E-mail: ndavidson@oag.state.va.us