IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, *ET AL.*, <br> *Plaintiffs,* <br><br> v. <br><br> RICHARD D. HOLCOMB, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE VIRGINIA DEPARTMENT OF MOTOR VEHICLES, <br><br> *Defendant.* | CASE NO. 3:16–cv–00044 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

    In accordance with the accompanying memorandum opinion, Defendant's motion to dismiss (dkt. 10) is **GRANTED**. This case is hereby **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The motion to stay discovery and objections to Magistrate Judge Joel C. Hoppe's Order thereon are **DENIED as moot**. (Dkts. 40, 49).

    The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to strike this case from the active docket of the Court.

    Entered this ___13th___ day of March, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE