CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 22, 2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, *ET AL.*,<br><br>         *Plaintiffs,*<br><br>    v.<br><br>RICHARD D. HOLCOMB, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>         *Defendant.* | CASE NO. 3:16–cv–00044<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This case returned to the Court after the Fourth Circuit dismissed Plaintiffs' appeal for lack of appellate jurisdiction and remanded for the purpose of allowing amendment. *Stinnie v. Holcomb*, No. 17-1740, -- Fed. App'x --, 2018 WL 2337750 (May 23, 2018); *see* 28 U.S.C. § 1653. Accordingly, Plaintiffs are **GRANTED** leave to amend or clarify, within 21 days, any fact, claim, party, or theory in their complaint, including whether their suit presents facial or factual challenges (or both) to the statute at issue. The Court observes that this case (although pending for nearly two years) remains in a preliminary stage, and the parties were in the midst of discovery prior to the appeal. Accordingly, the substantive provisions of the pretrial order (dkts. 11, 19) are **REINSTATED**. The parties are **ORDERED** to meet and confer within 30 days of this Order for the purpose of establishing a trial date from which to calculate the deadlines in the pretrial order. The parties may recommence discovery after the filing of the amended complaint.

The Clerk of the Court is requested to send a copy of this Order to all counsel of record.

Entered this __22nd__ day of June, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE