# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRAINNE JOHNSON, individually, and on behalf of all others similarly situated; WILLIEST BANDY, and BRIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>  Defendant. | Civ. No: 3:16-cv-00044 |

## PROPOSED ORDER

This matter is before the Court on the Plaintiffs' Motion for Class Certification. The Court, having carefully considered the briefs, argument of counsel and all matters presented to the Court and good cause appearing, hereby finds that (i) the proposed classes are sufficiently numerous such that it would be impracticable to join hundreds of thousands of persons individually into this action; (ii) the named Plaintiffs and the class have been subjected to a common policy or practice of the Defendant such that there are questions of law and fact that are common to the class; (iii) the named Plaintiffs have submitted convincing evidence that they are members of the classes and their claims are typical of the claims of the class and their interests align with the class in that the named Plaintiffs have been subject to the same allegedly unlawful conduct and suffered the same injury; (iv) the named Plaintiffs understand the nature of the

action, the duties they have with respect to the class and are committed to assist their attorneys in this litigation; (v) Class Counsel possess the necessary knowledge and experience in class action matters and are adequate to represent the class; and (vi) the class is seeking injunctive relief and corresponding declaratory relief against the Defendant for conduct that applies generally to the class.

Wherefore, it is **ORDERED** that Plaintiffs' Motion for Class Certification is **GRANTED** and the following Classes are certified:

(1) **Suspended Class:** All persons whose drivers' licenses are currently suspended due to their failure to pay court debt pursuant to Va. Code Ann. §46.2-395.

(2) **Future Suspension Class:** All persons whose drivers' licenses will be suspended due to their failure to pay court debt pursuant to Va. Code Ann. §46.2-395.

IT IS FURTHER ORDERED THAT the Court appoints Plaintiffs Damian Stinnie, Melissa Adams, and Adrainne Johnson as Class Representatives of the **Suspended Class**, Plaintiffs Williest Bandy and Brianna Morgan as Class Representatives of the **Future Suspended Class** and Jonathan T. Blank, Angela A. Ciolfi, Pat Levy-Lavelle, David P. Baugh and Leslie Kendrick as Class Counsel.

ENTERED this _____ day of _____, 2018.

BY THE COURT:

_____
NORMAN K. MOON
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

    Jonathan T. Blank (VSB No.: 38487)
    MCGUIREWOODS LLP
    Court Square Building
    310 Fourth Street NE, Suite 300
    Post Office Box 1288
    Charlottesville, VA 22902
    Ph: (434) 977-2509
    Fax: (434) 980-2258
    *jblank@mcguirewoods.com*

    Angela A. Ciolfi (VSB No.: 65337)
    Pat Levy-Lavelle (VSB No.: 71190)
    LEGAL AID JUSTICE CENTER
    1000 Preston Avenue, Suite A
    Charlottesville, VA 22903
    Ph: (434) 529-1810
    Fax: (434) 977-0558
    *angela@justice4all.org*

    David P. Baugh (VSB No.: 22528)
    DAVID P. BAUGH, ESQ., PLC
    2025 E. Main Street, Suite 114
    Richmond, VA 23223
    Ph: (804) 743-8111
    Fax: (804) 225-8035
    *dpbaugh@dpbaugh.com*

    Leslie Kendrick (VSB No.: 90104)
    580 Massie Rd.
    Charlottesville, VA 22903
    Ph: (434) 243-8633
    Fax: (434) 924-7536
    *kendrick@virginia.edu*


    By: _____

        *Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/Angela A. Ciolfi*

107102998_1.doc