### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRAINNE JOHNSON, individually, and on behalf of all others similarly situated; WILLIEST BANDY, and BRIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>     v.<br><br>RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>   Defendant. | Civ. No: 3:16-cv-00044 |

## PROPOSED ORDER

This matter is before the Court on the Plaintiffs' Motion for a Preliminary Injunction.

Based on the evidence presented by the parties, and based on the findings and conclusions set

forth more fully in the accompanying memorandum of law entered contemporaneously herewith,

the Court finds that Plaintiffs are likely to succeed in demonstrating that Section 46.2-395 of the

Virginia Code, as written and as implemented by the Defendant, DMV Commissioner Richard

D. Holcomb, violates the Due Process and Equal Protection Clauses of the United States

Constitution. The Court further finds that the Plaintiffs and those similarly situated will suffer

irreparable harm without the benefit of their licenses, that the balance of the equities weighs in

favor of the Plaintiffs, and that granting the Plaintiffs' Motion is in the public interest.

Wherefore, it is **ORDERED** that Plaintiffs' Motion for Preliminary Injunction is

**GRANTED**.

IT IS FURTHER ORDERED as follows:

(1)    During the pendency of this action, the Commissioner is enjoined from enforcing Section 46.2-395 of the Virginia Code against Plaintiffs and the Future Suspended Class Members unless and until Defendant or another entity determines, through a hearing with adequate notice thereof, that their failure to pay was willful (*i.e.,* not excusable because of inability to pay or some other reason);

(2)    The Commissioner shall remove any current suspensions of the Plaintiffs' driver's licenses imposed under Section 46.2-395 of the Virginia Code; and

(3)    The Commissioner is enjoined from charging a fee to reinstate the Plaintiffs' driver's licenses if there are no other restrictions on their licenses.

ENTERED this _____ day of _____, 2018.

BY THE COURT:

_____
NORMAN K. MOON
UNITED STATES DISTRICT COURT JUDGE

2

WE ASK FOR THIS:

Jonathan T. Blank (VSB No.: 38487)
MCGUIREWOODS LLP
Court Square Building
310 Fourth Street NE, Suite 300
Post Office Box 1288
Charlottesville, VA 22902
Ph: (434) 977-2509
Fax: (434) 980-2258
*jblank@mcguirewoods.com*

Angela A. Ciolfi (VSB No.: 65337)
Pat Levy-Lavelle (VSB No.: 71190)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Ph: (434) 529-1810
Fax: (434) 977-0558
*angela@justice4all.org*

David P. Baugh (VSB No.: 22528)
DAVID P. BAUGH, ESQ., PLC
2025 E. Main Street, Suite 114
Richmond, VA 23223
Ph: (804) 743-8111
Fax: (804) 225-8035
*dpbaugh@dpbaugh.com*

Leslie Kendrick (VSB No.: 90104)
580 Massie Rd.
Charlottesville, VA 22903
Ph: (434) 243-8633
Fax: (434) 924-7536
*kendrick@virginia.edu*

By: _____
    *Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


_/s/Angela A. Ciolfi_


107089597_1.DOC