IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRAINNE JOHNSON, individually, and on behalf of all others similarly situated; WILLIEST BANDY, and BRIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>   Defendant. | Civ. No: 3:16-cv-00044 |

## MOTION TO FILE A BRIEF EXCEEDING 25 PAGES

Plaintiffs Damian Stinnie, Melissa Adams, and Adrainne Johnson, Individually and on behalf of all others similarly situated and Williest Bandy and Brianna Morgan, individually, and on behalf of all others similarly situated, (collectively, "Plaintiffs"), by their undersigned counsel, hereby move for the entry of an Order allowing them to file a Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 88) exceeding 25 pages. Per the Court's Pretrial Order (ECF No. 11), a brief may not exceed 25 pages in length, exclusive of accompanying exhibits, without obtaining leave for good cause shown.

On September 11, 2018, Plaintiffs filed a Motion for Preliminary Injunction asking the Court to (1) enjoin the Commissioner from enforcing Section 46.2-395 against Plaintiffs and the Future Suspended Class Members without notice and determination of ability to pay; (2) remove

any current suspensions of the Plaintiffs' driver's licenses imposed under Section 46.2-395; and (3) enjoin the Commissioner from charging a fee to reinstate the Plaintiffs' licenses if there are no other restrictions on their licenses.  Plaintiffs' arguments in support of their motion address numerous important legal and public policy issues.  Plaintiffs seek an additional twenty-five (25) pages, exclusive of the signature page, and certificate of service to make their arguments in support of their Motion for Preliminary Injunction.

WHEREFORE, for the reasons set forth herein and for good cause shown, Plaintiffs respectfully request that the Court grant this Motion and allow Plaintiffs an additional twenty-five (25) pages, exclusive of the signature page, and certificate of service, for the Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction.

Date:   September 11, 2018

By:   /s/ Angela A. Ciolfi
Jonathan T. Blank (VSB No.: 38487)
MCGUIREWOODS LLP
Court Square Building
310 Fourth Street NE, Suite 300
Post Office Box 1288
Charlottesville, VA 22902
Ph: (434) 977-2509
Fax: (434) 980-2258
*jblank@mcguirewoods.com*

Angela A. Ciolfi (VSB No.: 65337)
Pat Levy-Lavelle (VSB No.: 71190)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Ph: (434) 529-1810
Fax: (434) 977-0558
*angela@justice4all.org*

David P. Baugh (VSB No.: 22528)
DAVID P. BAUGH, ESQ., PLC
2025 E. Main Street, Suite 114
Richmond, VA 23223
Ph: (804) 743-8111
Fax: (804) 225-8035
*dpbaugh@dpbaugh.com*

Leslie Kendrick (VSB No.: 90104)
580 Massie Rd.
Charlottesville, VA 22903
Ph: (434) 243-8633
Fax: (434) 924-7536
*kendrick@virginia.edu*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing Memorandum of Law in Support of Plaintiffs' Motion for Class Certification with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following CM/ECF participants:

Nancy Hull Davidson
Margaret Hoehl O'Shea
Assistant Attorneys General
Criminal Justice and Public Safety Division
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 692-0551
Fax: (804) 786-4239
E-mail: ndavidson@oag.state.va.us
E-mail: moshea@oag.state.va.us

By: /s/ Angela A. Ciolfi
Angela A. Ciolfi (VSB No.: 65337)
Pat Levy-Lavelle (VSB No.: 71190)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Ph: (434) 529-1810
Fax: (434) 977-0558
*angela@justice4all.org*

107098283_1.docx