CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

10/23/2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRIANNE JOHNSON, individually and on the behalf of all others similarly situated; WILLIEST BANDY, and BRAIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>RICHARD D. HOLCOMB, in his official capacity of the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>*Defendant.* | CASE NO. 3:16-cv-00044<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

The Court is in receipt of Plaintiffs' Joint Motion for Consent Order, which "request[s] that this Court establish … responsive pleading deadlines." (Dkt. 95). This case was initially brought before the Court in July 2016 (dkt. 1) and was dismissed without prejudice in March, 2017. (Dkt. 57). Plaintiffs have since filed, concurrently, an amended complaint, a motion to certify class, and a motion for preliminary injunction. (Dkts. 84, 85, 88). Due to the myriad issues presented in Plaintiffs' filings, and the length of time this matter has been before the Court, it is necessary to establish a schedule by which the parties will proceed. Therefore, Plaintiffs' motion will be granted in part and modified in part.

Considering the representations of counsel as set forth in their joint motion and recognizing that discovery may proceed where dispositive motions are pending, it is hereby **ORDERED** that this matter will proceed on the following schedule:

| Event | Deadline |
|---|---|
| **DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION:** | October 26, 2018 |
| **PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION:** | November 9, 2018 |
| **DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST AMENDED CLASS COMPLAINT** *and* **MOTION FOR CLASS CERTIFICATION:** | November 21, 2018 |
| **PLAINTIFFS' OPPOSITION TO DEFENDANT'S RESPONSE(S):** | January 10, 2019 |
| **DEFENDANTS' REPLY IN SUPPORT OF ANY MOTION REGARDING PLAINTIFFS' FIRST AMENDED CLASS COMPLAINT:** | February 11, 2019 |
| **DEADLINE TO COMPLETE DISCOVERY:** | April 25, 2019 |
| **DEADLINE TO FILE DISPOSITIVE MOTIONS:** | May 13, 2019 |
| **DEADLINE TO FILE RESPONSE TO DISPOSITIVE MOTIONS:** | May 27, 2019 |
| **DEADLINE TO FILE REPLIES TO DISPOSITIVE MOTIONS:** | June 3, 2019 |
| **TRIAL:** | August 5–9, 2019 |

Plaintiffs' motion is hereby **GRANTED** in part and modified in part. Discovery in this case is now open, and all instructions in the pretrial order filed October 2016 (dkt. 11), that do not conflict with the schedule as set forth above, are incorporated into this order.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this order to the parties.

Entered this  23rd  day of October, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2