# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Damian Stinnie, et al**

vs.

**Richard D. Holcomb**

Action No:   3:16CV44

Date:   11/15/2018

Judge:   Norman K. Moon

Court Reporter:   JoRita Meyer

Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)

Jonathan Blank
Angela Ciolfi
Alyssa Pazandak
Benjamin Abel
Leslie Kendrick

Defendant Attorney(s)

Margaret O'Shea
Janet Baugh
Christian Parrish

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. Adrainne Johnson
2. Llezelle A. Dugger
3. Julie Moats
4. Dr. Diana Pearce-Expert
5. Dr. Steven Peterson-Expert

DEFENDANT:

1. Millicent Ford
2.

PROCEEDINGS:
MOTION HEARING [88] MOTION FOR PRELIMINARY INJUNCTION
1:30-3:35=2 hrs 5 min
3:45-6:00 = 2 hrs 15 min Total 4 hrs 20 min

Plaintiff argues motion.

Mitigating evidence adduced.

Break.

Evidence continues.

Plaintiff rests.   4:38

Evidence proceeds for defense.

Defense rests 5:05

Closings.

Opinion will issue.

Time in Court: