Case 3:16-cv-00044-NKM-JCH   Document 123   Filed 12/07/18   Page 1 of 2

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

12/07/2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**DAMIAN STINNIE,** *et al.*,

    **Plaintiffs,**

v.                                                                                          Civil Action No. 3:16-cv-44

**RICHARD D. HOLCOMB,**
in his official capacity as the Commissioner
of the **VIRGINIA DEPARTMENT OF
MOTOR VEHICLES,**

    **Defendant.**

## JOINT CONSENT ORDER

This matter is before the undersigned at the request of Plaintiffs Damian Stinnie, Melissa Adams, Adrainne Johnson, Williest Bandy and Brianna Morgan (collectively "Plaintiffs") and Defendant Richard D. Holcomb ("Defendant") to grant a consent order establishing deadlines for discovery, class certification briefing, and dispositive motions. Based on the representations of counsel, this Court **GRANTS** the Joint Motion for Consent Order (ECF 122) and **ORDERS** the following:

    1.    Defendant's response in opposition to Plaintiffs' Motion for Class Certification (ECF 87) shall be filed on or before January 4, 2019.

    2.    Plaintiff's reply in support of Plaintiffs' Motion for Class Certification (ECF 87) shall be filed on or before February 1, 2019.

    3.    The deadline to complete discovery shall be May 16, 2019.

    4.    The deadline to file dispositive motions shall be June 3, 2019.

    5.    The deadline to file responses to dispositive motions shall be June 17, 2019.

    6.    The deadline to file replies to dispositive motions shall be June 24, 2019.

7. Trial will take place from August 5–9, 2019, as originally scheduled.

ENTERED: December 7, 2018

_____
Hon. Joel C. Hoppe
U.S. Magistrate Judge