# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRAINNE JOHNSON, individually, and on behalf of all others similarly situated; WILLIEST BANDY, and BRIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>       Defendant. | Civ. No: 3:16-cv-00044 |

## NOTICE OF APPEARANCE

Please enter the appearance of Travis C. Gunn (VSB No. 86063) as counsel for Plaintiffs

Damian Stinnie, Melissa Adams, Adrainne Johnson, Williest Bandy and Brianna Morgan, in the

above-captioned case.  The undersigned requests that all parties and interested persons serve

copies of any and all papers, notices, and correspondence on the undersigned at the address listed

below.

Respectfully submitted, on this 8th day of January, 2019.

*By Counsel*

  /s/ Travis C. Gunn
Travis C. Gunn (VSB No. 86063)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street

Richmond, VA 23219
Telephone:  804 775 7622
Facsimile: 804 698 2039
tgunn@mcguirewoods.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following CM/ECF participants:

Janet W. Baugh (VSB No. 44649)
Senior Assistant Attorney General
Margaret Hoehl O'Shea (VSB No. 66611)
Christian A. Parrish (VSB No. 446427)
Assistant Attorneys General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 786-4596
Fax: (804) 786-4239
E-mail: jbaugh@oag.state.va.us

David M. Parker
Neil K. Gilman
Maya M. Eckstein
Stuart A. Raphael
Trevor S. Cox
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
E-mail: dparker@HuntonAK.com
      ngilman@HuntonAK.com
      meckstein@HuntonAK.com

By:    /s/ Travis C. Gunn

3