# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Damian Stinnie, et al**

vs.

**Richard D. Holcomb**

Action No: 3:16CV00044
Date: 3/25/2019
Judge: Norman K. Moon
Court Reporter: Sonia Ferris
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Jonathan Blank
Laura Lange

Defendant Attorney(s)
Maya Eckstein
Neil Gilman

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:   DEFENDANT:

1.

PROCEEDINGS:
MOTION HEARING   11:05-12:15=1 hr 10 min

Motion to Dismiss argued by Maya Eckstein.

Mr. Blank responds. Ms. Eckstein closes.

Remarks by Court.

Further arguments.

Motion to Certify Class argued by Laura Lange.

Mr. Gilman responds. Ms. Lange closes.

Order will issue.