CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

04/25/2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| DAMIAN STINNIE, et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:16cv00044 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICHARD D. HOLCOMB, | ) | By:    Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |

This matter is before the Court on Defendant's Expedited Motion to Stay Discovery. ECF

No. 144 (Apr. 24, 2019). Defendant requests expedited briefing on this non-dispositive motion,

as well as an order staying "discovery pending resolution of his contemporaneously-filed Motion

to Dismiss Case as Moot." Def.'s Expedited Mot. to Stay Disc. 1 (citing ECF No. 142). Both

motions are based on the Virginia General Assembly's passage of Budget Amendment No. 33,

which will be "effective through the second year of Virginia's two-year budget cycle: July 1,

2019 through June 20, 2020." Def.'s Br. in Supp. of Mot. to Dismiss 5, ECF No. 143 (Apr. 23,

2019); *see also* Def.'s Expedited Mot. to Stay Disc. 1–2.

This amendment passed on Wednesday, April 3, 2019. *Id.* Defendant does not explain

why he waited a full three weeks to file his "expedited" motion to stay discovery, even though he

knew discovery in this matter closes on May 16, 2019. *See* Def.'s Expedited Mot. to Stay Disc. 2

(citing ECF No. 123). Nor has he shown good cause for affording Plaintiffs only two days to

respond to his motion, *id.* at 3, when the presiding District Judge's scheduling order typically

affords a party fourteen days from the date of service to file a brief in opposition, ECF No. 11.

*See* Fed. R. Civ. P. 16(b)(4).

Nonetheless, the Court will take Defendant's motion, ECF No. 144, under advisement

and set a shortened briefing schedule. Plaintiffs should file any brief in opposition to Defendant's

1

motion to stay discovery on or before **Wednesday, May 1, 2019**. Defendant may file a reply brief on or before **Friday, May 3, 2019**. The Court will hold a hearing on this motion the week of May 6, 2019.

Both parties are reminded that discovery is ongoing under the Court's December 7, 2018 Order adopting their agreed-upon schedule. ECF No. 123. The deadline to complete discovery is May 16, 2019, *id.* ¶ 3, and all written discovery must be served with sufficient time to allow the responding party time to respond before that date, ECF No. 11. Depositions should proceed as scheduled. The Court expects that the parties will continue to meet their discovery obligations while Defendant's motion to stay is under advisement. Nothing in this interim Order should be construed as staying or extending any current deadlines.

It is so ORDERED.

ENTERED: April 25, 2019

Joel C. Hoppe
United States Magistrate Judge