IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRAINNE JOHNSON, individually, and on behalf of all others similarly situated; WILLIEST BANDY, and BRIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>Defendant. | Civ. No: 3:16-cv-00044 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO ALL COUNTS

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons stated in the accompanying memorandum, Plaintiffs Damian Stinnie, Melissa Adams, Adrainne Johnson, Williest Bandy, and Brianna Morgan (collectively "Plaintiffs"), by their undersigned counsel, hereby move the Court for an order granting summary judgment against Defendant Richard D. Holcomb as to all counts.[1] Pursuant to Local Rule 56(b), a statement of undisputed facts is included as a separate section in Plaintiffs' memorandum.

---

[1] Plaintiffs' filed their motion for class certification on September 11, 2018 (Dkt. 85) and the motion remains pending at this time. Plaintiffs file the present Motion for Summary Judgment to comply with the deadline set forth in the scheduling order and with the understanding that the decision on certification will be made prior to a ruling on the present Motion for Summary Judgment. *See* Newberg on Class Actions § 7:8. However, courts have held that a Rule 23(b)(2) class that seeks primarily injunctive relief does not implicate the concerns of one-way intervention

Dated: June 3, 2019

                          Respectfully submitted,

By:   */s/ Jonathan Blank*
Jonathan T. Blank (VSB No.: 38487)
Benjamin P. Abel (VSB No.: 88961)
MCGUIREWOODS LLP
652 Peter Jefferson Parkway, Suite 350
Charlottesville, VA 22911
(434) 977-2509
jblank@mcguirewoods.com

Angela A. Ciolfi (VSB No.: 65337)
Pat Levy-Lavelle (VSB No.: 71190)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
(434) 529-1810
angela@justice4all.org

David P. Baugh (VSB No.: 22528)
DAVID P. BAUGH, ESQ., PLC
2025 E. Main Street, Suite 114
Richmond, Virginia 23223
(804) 743-8111
dpbaugh@dpbaugh.com

Leslie Kendrick (VSB No.: 90104)
580 Massie Rd.
Charlottesville, Virginia 22903
(434) 243-8633
kendrick@virginia.edu

*Counsel for Plaintiffs*

---

because of the mandatory nature of the class. *See, e.g., Gooch v. Life Inv'rs Ins. Co. of Am.*, 672 F.3d 402, 433 (6th Cir. 2012); *Paxton v. Union Nat'l Bank,* 688 F.2d 552, 558–59 (8th Cir. 1982).

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following CM/ECF participants:

Janet W. Baugh (VSB No. 44649)
Senior Assistant Attorney General
Margaret Hoehl O'Shea (VSB No. 66611)
Christian A. Parrish (VSB No. 446427)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-4596
jbaugh@oag.state.va.us

David M. Parker
Neil K. Gilman
Maya M. Eckstein
Stuart A. Raphael
Trevor S. Cox
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
dparker@HuntonAK.com
ngilman@HuntonAK.com
meckstein@HuntonAK.com

    By:    */s/ Jonathan Blank*
              Jonathan T. Blank (VSB No.: 38487)
              MCGUIREWOODS LLP
              652 Peter Jefferson Parkway, Suite 350
              Charlottesville, VA 22911
              (434) 977-2509
              jblank@mcguirewoods.com

3

Case 3:16-cv-00044-NKM-JCH   Document 200   Filed 06/03/19   Page 3 of 3   Pageid#: 5223