IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

**Damian Stinnie, et al**

vs.

**Richard D. Holcomb**

Action No: 3:16CV00044
Date: 6/19/2019
Judge: Norman K. Moon
Court Reporter: Sonia Ferris
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Jonathan Blank
Benjamin Abel
Leslie Kendrick
Patrick Levy-Lavelle
Angela A. Ciolfi

Defendant Attorney(s)
Michelle Kallen
Maya Eckstein
Christan Parrish

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:                DEFENDANT:
1.

PROCEEDINGS:
MOTION HEARING   [142] MOTION to Dismiss case as Moot and [140] MOTION to Dismiss case as Moot Time: 11:30-12:00 = 30 min

Michelle Kallen argues motion.

Remarks by Court.

Mr. Blank responds.

Michelle Kallen responds.

Remarks by Court.

Order will issue