CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
06/28/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

DAMIAN STINNIE, *ET AL.*,

          *Plaintiffs,*

v.

RICHARD D. HOLCOMB,
in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles,

          *Defendant.*

3:16-CV-00044

ORDER

JUDGE NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

    In accordance with the Court's memorandum opinion, Defendant Virginia Department of Motor Vehicles Commissioner Richard D. Holcomb's (the "Commissioner") motion to dismiss case as moot or in the alternative stay is **DENIED** in part and **GRANTED** in part. (Dkt. 142). This case is **STAYED** pending the 2020 session of Virginia's General Assembly. The stay will continue through March 21, 2020, fourteen days following the conclusion of the General Assembly's session. The parties shall submit status reports on the following dates:

    **January 22, 2020**—fourteen days following the first meeting of the General Assembly as mandated by Va. Code § 30-1

    **March 14, 2020**—seven days following the conclusion of the meeting of the General Assembly pursuant to Va. Const. art IV, § 6.

    The parties are further **ORDERED** to, within ten days of this order, schedule a status hearing to take place within one week of the filing of their March 14, 2020 report.

    It is so **ORDERED**.

    The Clerk of the Court is hereby directed to send a copy of this order to all counsel of record.

Entered this 28th day of June, 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE