IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, MELISSA ADAMS, and ADRAINNE JOHNSON, individually, and on behalf of all others similarly situated; WILLIEST BANDY, and BRIANNA MORGAN, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES,<br><br>       Defendant. | Civ. No: 3:16-cv-00044 |

## [PROPOSED] ORDER

The Court has reviewed and hereby ADOPTS the parties' Stipulation of Dismissal filed on May 7, 2020. This action is DISMISSED as MOOT. The Court RETAINS JURISDICTION to decide the issue of whether to award attorneys' fees, and, if so, in what amount.

The Court ORDERS that briefing on attorneys' fees shall be BIFURCATED. First, the parties will brief whether Plaintiffs are entitled to attorneys' fees. Second, if the Court determines that Plaintiffs are entitled to attorneys' fees, the parties will brief the amount and reasonableness of any fees.

The Court further ORDERS that the parties shall file papers on the attorneys' fee issues in accordance with the following briefing schedule: Plaintiffs shall file any petition or motion for attorneys' fees along with their brief in support of entitlement to such fees within sixty (60) days

of the date of entry of this Order.  Defendant shall file his response brief within sixty (60) days of the date of filing of Plaintiffs' brief.  Plaintiffs shall file any reply within thirty (30) days of the date of the filing of Defendant's response.

If this Court determines that Plaintiffs are entitled to an award of attorneys' fees, Plaintiffs shall file papers setting forth their requested amount with supporting documentation and briefing within sixty (60) days of the entry of the Order of this Court granting the request for fees. Defendant shall file his response within sixty (60) days of the date of the filing of Plaintiffs' papers. Plaintiffs shall file any reply within thirty (30) days of the date of the filing of Defendant's response.

SO ORDERED, this the ____ day of May, 2020.

_____
Judge Norman K. Moon

WE ASK FOR THIS:

/s/ Jonathan T. Blank
Jonathan T. Blank (VSB No.: 38487)
Benjamin P. Abel (VSB No.: 88961)
MCGUIREWOODS LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
T: +1 434 977 2509
M: +1 804 651 3886
F: +1 434 980 2258
jblank@mcguirewoods.com

Angela A. Ciolfi (VSB No.: 65337)
Pat Levy-Lavelle (VSB No.: 71190)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
(434) 529-1810

/s/ Maya M. Eckstein
Maya M. Eckstein (VSB #41413)
Trevor S. Cox (VSB #78396)
David M. Parker (VSB #85619)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@HuntonAK.com
tcox@HuntonAK.com
dparker@HuntonAK.com

Stuart A. Raphael (VSB #30380)
Neil K. Gilman (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037

<div style="display: flex;">

angela@justice4all.org

Leslie Kendrick (VSB No.: 90104)
580 Massie Rd.
Charlottesville, Virginia 22903
(434) 243-8633
kendrick@virginia.edu

*Counsel for Plaintiffs*

</div>

Ph: (202) 955-1500
Fax: (202) 778-2201
sraphael@HuntonAK.com
ngilman@HuntonAK.com

Mark R. Herring
*Attorney General of Virginia*
Donald D. Anderson
*Deputy Attorney General*

Julie M. Whitlock
*Senior Assistant Attorney General &*
*Transportation Section Chief*

Janet W. Baugh (VSB #44649)
*Senior Assistant Attorney General*

Christian A. Parrish (VSB #44427)
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071 – Telephone
(804) 786-4239 – Facsimile

*Counsel for Defendant*

3