# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAMIAN STINNIE, et al., *Plaintiffs*, v. RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the VIRGINIA DEPARTMENT OF MOTOR VEHICLES, *Defendant*. | CASE NO. 3:16-cv-00044 ORDER JUDGE NORMAN K. MOON |

Before the Court are Plaintiffs' petition for attorneys' fees and litigation expenses, Dkt. 234, Magistrate Judge Joel C. Hoppe's report and recommendation ("R&R"), Dkt. 243, and Plaintiffs' objections to the R&R, Dkt. 247. For the reasons set forth in the accompanying Memorandum Opinion, the Court

1. **ADOPTS** the R&R, Dkt. 243, as set forth in the accompanying Memorandum Opinion;

2. **OVERRULES** Plaintiffs' objections to the R&R, Dkt. 247; and

3. **DENIES** Plaintiffs' petition for attorneys' fees and litigation expenses, Dkt. 234.

The Clerk of Court is directed to send this Order and the accompanying Memorandum Opinion to all counsel of record and to Magistrate Judge Hoppe.

It is so **ORDERED**.

Entered this __4th__ day of June, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE