FILED: January 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1756
(3:16-cv-00044-NKM-JCH)

_____

DAMIAN STINNIE; MELISSA ADAMS; ADRAINNE JOHNSON; WILLIEST BANDY; BRIANNA MORGAN, individually, and on behalf of all others similarly situated

      Plaintiffs - Appellants

v.

RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles

      Defendant - Appellee

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, ET AL

      Amicus Supporting Appellant

_____

O R D E R
_____

The court grants Michelle S. Kallen's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

/s/ Patricia S. Connor, Clerk