FILED: August 16, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1756
(3:16-cv-00044-NKM-JCH)

_____

DAMIAN STINNIE; MELISSA ADAMS; ADRAINNE JOHNSON; WILLIEST BANDY; BRIANNA MORGAN, individually, and on behalf of all others similarly situated

  Plaintiffs - Appellants

v.

RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles

  Defendant - Appellee

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, ET AL

  Amicus Supporting Appellant

INSTITUTE FOR JUSTICE

  Amicus Supporting Rehearing Petition

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

           For the Court--By Direction

           <u>/s/ Patricia S. Connor, Clerk</u>