FILED: August 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1756
(3:16-cv-00044-NKM-JCH)

_____

DAMIAN STINNIE; MELISSA ADAMS; ADRAINNE JOHNSON; WILLIEST BANDY; BRIANNA MORGAN, individually, and on behalf of all others similarly situated

      Plaintiffs - Appellants

v.

RICHARD D. HOLCOMB, in his official capacity as the Commissioner of the Virginia Department of Motor Vehicles

      Defendant - Appellee

-------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, ET AL

      Amicus Supporting Appellant

INSTITUTE FOR JUSTICE

      Amicus Supporting Rehearing Petition

_____

M A N D A T E
_____

The judgment of this court, entered August 7, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk